# Court of Appeals
# of the State of Georgia

ATLANTA, January 19, 2024

*The Court of Appeals hereby passes the following order*

**A24D0189. REEDY BRANCH LODGE, INC. v. NUTRIEN AG SOLUTIONS, INC. A/K /A CROP PRODUCTION SERVICES, INC. d/b/a AGRIUM FINANCIAL SERVICES.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

22DV0067



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, January 19, 2024.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*